IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

KOPPERS, INC., )
 )
    Plaintiff, )
 )
vs. ) Civil Action No. 09-0459
 )
 )
ENERGY RESOURCES GROUPS, INC., )
 )
    Defendant. )

ORDER

AND NOW, this 29th day of March, 2010, it is hereby ORDERED, ADJUDGED AND DECREED, that plaintiff's Motion for Protective Order is DENIED. It is ORDERED that Koppers will produce Mr. Walter Turner and Mr. Thomas Loadman for depositions at a date, place and time to be mutually agreed upon by the parties.

BY THE COURT,

/s/ _____, C.J.

cc:  All parties of record