**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

KOPPERS, INC.,

                                  Case No. 2:09-cv-459

          Plaintiff,

      v.

ENERGY RESOURCES GROUP, INC.,

          Defendant.

**DEFENDANT/COUNTERCLAIM PLAINTIFF ENERGY RESOURCES**
**GROUP, INC.'S APPENDIX OF DOCUMENTS IN SUPPORT OF ITS**
**MOTION FOR PARTIAL SUMMARY JUDGMENT**

        Defendant/Counterclaim Plaintiff Energy Resources Group, Inc. ("ERG"), by its

undersigned counsel, submits its Appendix of Documents in Support of its Motion For Partial

Summary Judgment, pursuant to Local Rule 56(B)(3).

Dated:  September 2, 2010             BUCHANAN INGERSOLL & ROONEY PC

                        By:  */s/ Jordan M. Webster*
                              Stanley J. Parker (Pa. I.D. #66013)
                              Jordan M. Webster (Pa. I.D. #200715)
                              One Oxford Centre, 20th Floor
                              301 Grant Street
                              Pittsburgh, PA  15219
                              412-562-8800 (phone)
                              412-562-1041 (fax)
                              stanley.parker@bipc.com
                              jordan.webster@bipc.com

                              Stephen H. Roberts, Esquire
                              (Admitted *pro hac vice*)
                              Hoefle, Phoenix, Gormley & Roberts P.A.
                              402 State Street, P.O. Box 4480
                              Portsmouth, NH 03802-4480
                              (603) 436-0666
                              sroberts@hpgrlaw.com

## **APPENDIX OF DOCUMENTS**

| | |
|---|---|
| **Exhibit A** | Excerpts from the Deposition Transcript of Scott Gagne |
| **Exhibit B** | Excerpts from the Deposition Transcript of Gerald Myron Dietrick |
| **Exhibit C** | Excerpts from the Deposition Transcript of Gerald Horning |
| **Exhibit D** | Expert Report of Dr. Howard A. Kuhn, PhD PE FASM |
| **Exhibit E** | Excerpts from the Deposition Transcript of David Moskowitz |
| **Exhibit F** | Excerpts from the Deposition Transcript of Michael Kleese |
| **Exhibit G** | Excerpts from Plaintiff Koppers, Inc.'s Supplemental Objections and Answers to Defendant's First Set of Interrogatories |
| **Exhibit H** | Turbine Daily Logs (KOP 4128-4166) |