IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KOPPERS INC., | ) |
| | ) |
| Plaintiff, | ) Case No. 09-cv-0459 |
| | ) |
| v. | ) |
| | ) |
| ENERGY RESOURCES GROUP, INC., | ) |
| | ) |
| Defendant. | ) |

## PLAINTIFF KOPPERS INC.'S APPENDIX OF DOCUMENTS IN OPPOSITION TO DEFENDANT'S MOTION FOR PARTIAL SUMMARY JUDGMENT

Pursuant to Local Civil Rule 56(C)(3), Plaintiff Koppers Inc., through its attorneys, files the following Appendix of Documents in Opposition to Defendant Energy Resources Group, Inc.'s Motion for Summary Judgment.

Date: October 4, 2010

Respectfully submitted,

METZ LEWIS, LLC

By: /s/ Kenneth S. Kornacki, Esquire
Brian T. Must, Esquire
Pa. I.D. No.: 49657
Email: bmust@metzlewis.com
Kenneth S. Kornacki, Esquire
Pa. I.D. No.: 83739
Email: kkornacki@metzlewis.com

11 Stanwix Street; 18th Floor
Pittsburgh, PA 15222
Phone: (412) 918-1100
Fax: (412) 918-1199

Counsel for Plaintiff
Koppers Inc.

## Table of Contents

| Exhibit | Description |
|---|---|
| A | Transcript of the deposition of Gerald Dietrick taken 04/13/10 |
| B | Plaintiff Koppers, Inc.'s Supplemental Answers to Interrogatory No. 4 of Defendant's First Set of Interrogatories dated 05/28/10 |
| C | Transcript of the deposition of Kevin J. Kaminski taken 04/20/10 |
| D | Transcript of the deposition of David Moskowitz taken 04/28/10 |
| E | Transcript of the deposition of Gerald Horning taken 03/26/10 |
| F | Transcript of the deposition of Scott D. Gagne taken 03/03/10 |
| G | Agreement/Contract dated 10/20/08 & Attachment |
| H | T&M Work Scope & Cost Agreement of 10/28/08 |
| I | Transcript of the deposition of Keith B. Frisbee taken 03/02/10 |
| J | Steam Turbine Inspection Report - Printed date 02/26/09 |
| K | Transcript of the deposition of Howard Kuhn, Ph.D. taken 09/14/10 |

## CERTIFICATE OF SERVICE

I hereby certify that on October 4, 2010, a copy of the foregoing Appendix of Documents in Opposition to Defendant Energy Resources Group, Inc.'s Motion for Summary Judgment was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. mail. Parties may access this filing through the Court's system. The following parties of record will be noticed via the Court's electronic filing system:

Stephen H. Roberts, Esquire
Hoefle Phoenix Gormley & Roberts, P.A.
402 State Street, P.O. Box 4480
Portsmouth, NH 03802-4480
*Counsel for Defendant Energy Resources Group, Inc.*

Stanley J. Parker, Esquire
Buchanan Ingersoll & Rooney, PC
One Oxford Centre
301 Grant St., 20th Floor
Pittsburgh, PA 15219
*Counsel for Defendant Energy Resources Group, Inc.*

/s/ Kenneth S. Kornacki, Esquire