**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

KOPPERS, INC.,

               Case No. 2:09-cv-459

  Plaintiff,

 v.

ENERGY RESOURCES GROUP, INC.,

  Defendant.

**DEFENDANT/COUNTERCLAIM PLAINTIFF ENERGY RESOURCES
GROUP, INC.'S SUPPLEMENTAL APPENDIX OF DOCUMENTS IN SUPPORT OF
ITS MOTION FOR PARTIAL SUMMARY JUDGMENT**

 Defendant/Counterclaim Plaintiff Energy Resources Group, Inc. ("ERG"), by its undersigned counsel, submits its Supplemental Appendix of Documents in Support of its Motion For Partial Summary Judgment, pursuant to Local Rules 56(C)(3) and 56(D).

Dated:  October 18, 2010         BUCHANAN INGERSOLL & ROONEY PC

                By: */s/ Jordan M. Webster*
                  Stanley J. Parker (Pa. I.D. #66013)
                  Jordan M. Webster (Pa. I.D. #200715)
                  One Oxford Centre, 20th Floor
                  301 Grant Street
                  Pittsburgh, PA  15219
                  412-562-8800 (phone)
                  412-562-1041 (fax)
                  stanley.parker@bipc.com
                  jordan.webster@bipc.com

                  Stephen H. Roberts, Esquire
                  (Admitted *pro hac vice)*
                  Hoefle, Phoenix, Gormley & Roberts P.A.
                  402 State Street, P.O. Box 4480
                  Portsmouth, NH 03802-4480
                  (603) 436-0666
                  sroberts@hpgrlaw.com

## APPENDIX OF DOCUMENTS

| | |
|---|---|
| **Exhibit A** | Excerpts from the Deposition Transcript of Scott Gagne |
| **Exhibit E** | Excerpts from the Deposition Transcript of David Moskowitz |
| **Exhibit I** | Excerpts from the Deposition Transcript of Keith Frisbee |
| **Exhibit J** | Excerpts from the Deposition Transcript of Kevin Kaminski |
| **Exhibit K** | Excerpts from the Deposition Transcript of Dr. Howard Kuhn |
| **Exhibit L** | Energy Resources Group, Inc.'s Rates and General Terms and Conditions (KOP 5585 through KOP 5586) |