# EXHIBIT A

Case 2:09-cv-00459-GLL   Document 42-1   Filed 10/18/10   Page 1 of 7

IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF PENNSYLVANIA

*********************************

KOPPERS, INC.,

      Plaintiff

V.           Case No. 09-cv-0459

ENERGY GROUP RESOURCES, INC.,

      Defendant

*********************************

DEPOSITION OF SCOTT D. GAGNE

Deposition taken pursuant to Notice at the law offices of Hoefle, Phoenix, Gormley & Roberts, P.A., 402 State Street, Portsmouth, New Hampshire, on Wednesday, March 3, 2010, commencing at 9:33 a.m.

Court Reporter:

Janice P. Olsen, RPR,

Licensed Shorthand Court Reporter

N.H. License No. 62

---

DAVID R. JORDAN & ASSOCIATES

Certified Shorthand Court Reporters

P.O. Box 303             (603) 778-7710

Exeter, NH   03833        N.H. 1-800-562-3945

1  Q.   It will wear out as expected and will need to be
2       rebabbitted?
3  A.   It's there so that the damage -- usually the
4       babbitt can be replaced much more cost-
5       effectively than, say, machining a journal, a
6       steel journal, which you can only machine so many
7       times before you get down below a safe diameter.
8  Q.   Now, after seeing this wear and you made the
9       recommendations that you referenced a moment ago,
10      did Koppers, to your knowledge, agree to all of
11      those recommendations?  Which would be replace
12      the flyball governor, new ring gear and rebabbitt
13      the worm gear bearing.
14 A.   Yes, they did.  Because I don't believe they had
15      much of a choice in the matter.  If we put the
16      original equipment back in, it would have
17      probably failed -- it was on the verge of failure
18      when we took it apart.  So as far as the time
19      line for that failure I can't be sure, but it was
20      imminent.
21 Q.   When that original worm gear was replaced, what
22      was it replaced with?
23              MR. ROBERTS:  Ring gear.

```
 1  Q.    Did I say "worm"?  I'm sorry.  Ring gear.
 2  A.    Yeah.  The ring gear was replaced with a gear
 3        supplied by ERG in its surplus equipment.
 4  Q.    And then what happened to the original ring gear
 5        that was removed?  Where did it go?
 6  A.    I believe it stayed on site at Koppers.
 7              Actually, no, I'm sorry.  The original
 8        ring gear went back with the oil pump to the ERG
 9        shop and then was returned to the site because it
10        was part of that whole evolution of we actually
11        put it back on the unit for a trial run with it
12        later on.
13              So it was -- it was at our shop and then
14        it was actually overnighted by mail to the site,
15        to Koppers' site, at a later date.  I'm not sure
16        what date that was.
17  Q.    I think that's in here.  We'll get to that.
18              The steel worm gear --
19  A.    Uh-hum.
20  Q.    -- did it show signs of wear as well at this
21        original opening when the first ring gear was
22        discovered to show signs of wear?
23  A.    The steel worm gear did not appear to have any
```

1  Q.   Now, other than the inspection that you did on
2       January 23, where you borrowed Jerry's microscope
3       to look at the gears --
4  A.   Uh-hum.
5  Q.   -- is there anything else that you have done to
6       further investigate the issue of whether
7       electrical discharge played any role in these
8       gears failing?
9  A.   I have not, no.
10 Q.   When you finish your work and you're getting
11      ready to start up the turbine -- taking you back,
12      now, to that first time, whenever, I asked you
13      the question that if everything worked and you're
14      fine and good to go home -- what, if anything, do
15      you do in the way of any tests to determine
16      whether there is electrical current running
17      through the turbine in areas where it shouldn't
18      be?
19 A.   I normally don't do any test for electrical
20      current after we bring it up.
21 Q.   What is a "megger test"?
22 A.   A "megger test" is a test of a certain piece of
23      equipment's resistance to ground or from phase to

1           phase on a motor.
2    Q.     And do you typically do megger tests on the
3           turbine prior to starting it back up?
4    A.     Megger tests on which part of the turbine?
5    Q.     Well, on any part.  Or tell me -- let me break it
6           down.
7           On this turbine, the Koppers' turbine --
8    A.     Yes.
9    Q.     -- did you do any meggers tests?
10   A.     Yes.
11   Q.     And where were you testing?
12   A.     I did a megger test on the generator stator.  I
13          believe the generator field.  And T-3 pedestal.
14   Q.     And when you do that megger test, what are you
15          checking for?
16   A.     Resistance to ground usually.
17          In case of, like, the generator stator.
18          Or in case of the generator field, resistance
19          from the shaft and the electrical path that the
20          DC current goes through to check that there's no
21          breach between that insulated electrical circuit
22          and the shaft.
23   Q.     Now, is this test, this megger test, done prior

1   one side on the shaft, I should not see a path, a
2   current path.  Should be resistance there.
3  Q.   Okay.
4  A.   And that resistance is what I measure with the
5   megger in regards to the generator field.
6           MR. ROBERTS:  I refer to ERG 146.  There
7   is a reference there at the bottom of the page
8   checking the pedestal for ground with a mega
9   ohmmeter.
10          Do you see that?
11          MR. MUST:  Where are you?
12          MR. ROBERTS:  Second bullet from the
13   bottom on 146.
14          MR. MUST:  I see it.
15          MR. ROBERTS:  Is that what you were
16   talking about?
17          THE WITNESS:  Yes.  That's checking the
18   pedestal.  Yeah, that's a --
19          MR. ROBERTS:  Is that a megger?
20          THE WITNESS:  Yeah, what did I write,
21   M-E-G-A?
22          MR. ROBERTS:  And I think there's --
23   there is another reference in here, that