**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| KOPPERS, INC., | ) | |
| | ) | Case No. 2:09-cv-459 |
| Plaintiff/Counterclaim | ) | |
| Defendant, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| ENERGY RESOURCES GROUP, INC., | ) | |
| | ) | |
| Defendant/Counterclaim | ) | |
| Plaintiff. | ) | |

## ORDER

AND NOW, this 47ყ day of October, 2010, upon consideration of the parties'

Stipulation to Amend Final Scheduling Order, it is hereby ORDERED that the Final Scheduling

Order [Doc. 32] is hereby amended as follows:

1.  Defendant/Counterclaim Plaintiff's expert reports shall be submitted by November 15, 2010.

2.  Plaintiff/Counterclaim Defendant shall submit its supplemental expert report, if any, by December 15, 2010.

3.  Depositions of Defendant/Counterclaim Plaintiff's experts shall be completed by January 14, 2011.

4.  To the extent that Defendant/Counterclaim Plaintiff seeks to take the second deposition of Plaintiff/Counterclaim Defendant's expert with regard to Plaintiff/Counterclaim Defendant's expert's supplemental expert report, and the parties are unable to reach an agreement regarding such second deposition, the court will address it at that time.

All remaining deadlines set forth in the Final Scheduling Order shall remain unchanged.

_____

_____uII ct{ ʼN0Ncpecuʋgt

_____.ʼE0.0

Hon. Gary L. Lancaster
Chief United States District Judge