IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KOPPERS INC., | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 09-cv-0459 |
| | ) | |
| v. | ) | |
| | ) | |
| ENERGY RESOURCES GROUP, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**PLAINTIFF AND COUNTERCLAIM DEFENDANT'S
APPENDIX OF DOCUMENTS IN SUPPORT OF MOTION
FOR PARTIAL SUMMARY JUDGMENT ON COUNTERCLAIM**

Pursuant to Local Civil Rule 56(B)(3), Plaintiff and Counterclaim Defendant Koppers Inc., through its attorneys, files the following Appendix of Documents in Support of Koppers' Motion for Partial Summary Judgment on Counterclaim.

Date: January 17, 2011

Respectfully submitted,

METZ LEWIS BRODMAN MUST
O'KEEFE, LLC

By: /s/ Kenneth S. Kornacki, Esquire
Brian T. Must, Esquire
Pa. I.D. No.: 49657
Email: bmust@metzlewis.com
Kenneth S. Kornacki, Esquire
Pa. I.D. No.: 83739
Email: kkornacki@metzlewis.com

11 Stanwix Street, 18th Floor
Pittsburgh, PA 15222
Phone: (412) 918-1100
Fax: (412) 918-1199

Counsel for Plaintiff and Counterclaim
Defendant
Koppers Inc.

## Table of Contents

| Exhibit | Description |
|---------|-------------|
| A | Complaint |
| B | Answer, New Matter and Counterclaim |

## CERTIFICATE OF SERVICE

I hereby certify that on January 17, 2011, a copy of the foregoing Appendix of Documents was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. mail. Parties may access this filing through the Court's system. The following parties of record will be noticed via the Court's electronic filing system:

Stephen H. Roberts, Esquire
Hoefle Phoenix Gormley & Roberts, P.A.
402 State Street, P.O. Box 4480
Portsmouth, NH 03802-4480
*Counsel for Defendant Energy Resources Group, Inc.*

Stanley J. Parker, Esquire
Buchanan Ingersoll & Rooney, PC
One Oxford Centre
301 Grant St., 20th Floor
Pittsburgh, PA 15219
*Counsel for Defendant Energy Resources Group, Inc.*

/s/ Kenneth S. Kornacki, Esquire