IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KOPPERS, INC., | ) | |
|     Plaintiff, | ) | Case No. 09-cv-0459 |
| v. | ) | |
| | ) | Chief Judge Gary L. Lancaster |
| ENERGY RESOURCES GROUP, INC., | ) | |
| | ) | |
|     Defendant. | ) | |

**ORDER OF COURT**

AND NOW, this 21st day of July, 2011, upon consideration of Plaintiff Koppers Inc.'s Consented-To Motion Amend its Pretrial Statement, the consent of adverse counsel, and good cause appearing, it is hereby ORDERED that the Motion is GRANTED. Koppers is granted leave to file an Amended Pretrial Statement to include a claim for attorneys' fees among the categories of damages sought in this action.

BY THE COURT:

_____
United States District Judge